UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF ILLINOIS.

| | |
|---|---|
| United States of America | CASE NO: 1:14-CV-09084 |
| Plaintiff, | MOTION TO: Amend USC.18 2255- |
| vs, | APPLICATION claims. |
| Darrick Boroczk, | |
| Defendant | |

I HEAR BY; Darrick Boroczk (Defendant) within said motion to Amend to USC 18 2255 APPLICATION claims. Is with good causes, and prays the courts grant for said reasons;

Defendant filed a motion to Amed as in EXHIbit. A. and the Gov. never responded to said motion.

This Hear motion is the main arguements within said USC 18 2255 APLICATION claims. and Defendant not only argues said claims but argues the said- Briefing arguements within the briefing filed on MAY, 17th, 2012, Case No: 12-1022. Sence the courts have granted Defendant the right to amend said 2255, the Defendant wishes to amend. (the attached documents.) I hear-by pray the courts WILL grant into the best of interests of justice.

Under penalty of prejury the statements in fact true and correct. Sworn on: MAY, 16, 2015.

Respectfully Submitted,
Sign; Boroczk Darrick
Defendant; DARRICK BOROCZK
USP TUCSON
P.O. box - 24550
TUCSON, AZ, 85734.

FILED EAA
MAY 22 2015
May 22 2015
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

Darrick Boroczk
#41411-424
Tucson – USP
P.O. Box 24550
Tucson AZ 58734
US

1

EXHIBIT A.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DARRICK C. BOROCZK Defendant. | NO: ~~12-1022~~ 1:14-CV-09084. MOTION TO AMEND USC 18 2255 APPLICATION CLAIMS. |

I hear by: Darrick C. Boroczk (Defendant) respectfully within said Motion to Amend request the courts to move for said reasons;

1. On the 17th day of May, 2012, case NO: 12-1022, a Brief filed for the Defendant by: William H. Theis (FEDERAL DEFENDERS PROGRAM) filed under seal, respectfully requesting for the case to be remanded for re-sentencing. The defendant still argues said issues within said USC 18 - 2255 Application.

2. Ineffective assistance claims: defendant argues that council failure to argue search and seizure issues regarding obtaining of evidences that fall under plain-error standards of review (computer/images/evidences.)

   1. Council failed to file under sec. 4244. mental health examinationing by a professional examinator (BOP).

   2. Counsle failure to object to levels of inhancements stated on transcripts (Document 58.) causing the Defendant to be ordered in a unsupported sentence.

ADITIONAL SHEET. 1. of 2.

EXHIBIT A

ADITIONAL SHEET. 2 OF 1.

4. Defendant Prays the Courts will amend the inclosed said arguements into said USC 18 2255 APPLICATION the Defendant has filed several motions to the Courts

1. Motion for Extention of time to correct grammer issues. with siting case laws ect..

2. motion for Amending inclosed briefing arguements. and this inclosed said motion, and arguements with a said MEMURANDUM requesting the Courts to inform the Defendant of any errors or clearifications that may be needed so the Courts may understand the Defendants arguements within said filed 2255 APPLICATION.

~~~ Prayer for Relief ~~~

the Defendant Prays the Courts will honor said motions grant to amend the inclosed & acknowledge the motions already filed into the best interests of Justices.

UNDER PENALTY OF PREJURY THE STATEMENTS ARE IN FACT TRUE AND CORRECT SWORN ON: JAN, 21, 2015.

RESPECTFULLY SUBMITTED,
SIGN: Boroczk Darrick
Defendant: BOROCZK. DARRICK.
P.O. BOX - 24550
TUCSON, AZ, 58734,

C.C.

THE HONORABLE RONALD A. GUZMAN (Judge)
UNITED STATES ATTORNEYS OFFICE (GOV.) Plaintiff.
MR. BOROCZK Darrick (Deffendant)
Clerks office. filing & Docketting.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS.

UNITED STATES OF AMERICA | Case No: ~~12-1022~~ 1:14-CV-09084
      Plaintiff | CERTIFICATE OF SERVICES.
    Vs. |
Darrick C. Boroczk. |
    Defendant |

I hear by; Darrick C. Borock (Defendant) sent first-
- class postage hear there inmate mail room
the fallowing motion to Amend 2255 Appication with-
- sworn affidavit. to US. seventh circuit,
219 S. Dearborn street. chicago. IL. 60604-1874,
from; Boroczk Darrick 41411-424
USP TUCSON,
P.O. box - 24550
TUCSON, AZ. 58734,
under Penalty of pre Jury the statements in fact
true, and correct sworn on: Jan, 21, 2015.

                Respectfully submitted,
                Sign: _Boroczk Darrick_
            Defendant; Boroczk Darrick
                  USP TUCSON
                  P.O. box - 24550
                  TUCSON, AZ. 58734,

CC.
THE HONORABLE RONALD A GUZMAN (Judge)
UNITED STATES ATTORNEYS OFFICE (GOV.) Plaintiff.
Mr. Boroczk Darrick (Defendant)
clerk office filing & docketting,