# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 14:CV 9084 |
| VS. | MOTION TO OBTAIN AFFIDAVITTS |
| BOROCZK, DARRICK, | FROM FORMOR ATTORNEYS |

I hear-by; boroczk Darrick (Plaintff) respectfully moves the courts to request the fallowing, a evidentry-hearing or sworn affidavitts from formor ATTORNEYS for said reasons:

1. Plaintiff needs attorneys to explain to the courts to why thay never addressed or suppressed the Plaintiffss issues stated within said 2255-Application.

2. these affidavitts will help the courts to understand, there perfeshionals point of views, and there Determine if an evidentry hearing may be warrented.

## ~ Prayer for Relieff ~

I hear-by pray the courts will order for more attorneys to affidavitt to the said inclosed 2255-Applicationing issues, & grant an evidentry hearing UNDER PENALTY OF PREJURY THE STATEMENTS IN FACT TRUE AND CORRECT SWORN ON MAY. 2, 2015.

Respectfully submitted,
Sign: Boroczk Darrick
PLAINTIFF: Boroczk, Darrick
USP TUCSON.
P.O. box - 2550.
Tucson, AZ, 58734.

FILED EAA
JUN 2? 2015
6-23-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FILED EAA
JUN 19 2015
6-19-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA | SWORN AFFIDAVITT. |
|---|---|
| VS, | CASE NO: 14 CV 9084 |
| DARRICK BOROCK. | |

I hear by Darrick Borock (Plaintiff) bases this sworn affidavit on my very own personal knowledge and respectfully state the fallowing statements:

1. Plaintiff has requested his attorney to have a perfeshional opinion threw the goverment via BOP Doctors to test more regarding mental health examinationg under 4244.

2. Plaintiff requested a franks hearing to testify to said evidences that were tainted under search, and seezure, and to be suppressed.

3. Plaintiff stands on arguements within said briefing, with the Appeals court, and amendes these arguements.

4. Plaintiff wants an evidentry hearing to testify to said elements within said Appleation.

5. Plaintiff, wants the courts to order said attorney HELEN KIM to do an affidavitt to the courts to why the Plaintiff was denied said due process,

UNDER PENALTY OF PREJURY THE STATEMENTS IN FACT TRUE, AND CORRECT SWORN ON MAY, 2, 2015,

Respectfully, Submitted
Sign: Barry Hassuck
Plaintiff: BOROCZK DARRICK.
USP TUCSON
P.O. box-2550
TUCSON, AZ, 58734.

FILED EAN
JUN 19 2015
6-19-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FILED ERIA
JUN 23 2015
6-23-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Case No: 14-CV-9084

United States of America / CERTIFICATE OF SERVICES
vs.
Darrick Borocz,
    Plaintiff.

I hear-by: Darrick Borock (Plaintiff) has sent threw the US mail services the following said: memorandum, and responses to Gov. response, motion to obtain affidavit from attorneys with sworn affidavit. of Borocz,.
Sent to: US Seventh Circuit
    219 S Dearborn St,
    Chicago, IL, 60604-1874
Sent from:
Darrick Boroczk
41411-424
Tucson - USP
P.O. box- 24550
Tucson, AZ. 58734

U.S.C.A. — 7th Circuit
RECEIVED
JUN 19 2015  EF
GINO J. AGNELLO
CLERK

Under penalty of prejury this statement is infact true, and correct. Sent 6/15/2015.
    respectfully submitted,
    sign: Darrick Borocz k.
    Plaintiff: Darrick boroczk
        USP Tucson,
        P.O. box- 24550
        Tucson, AZ. 85734.