UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA | CASE NO: 14.CV 9084 |
| VS. | MEMURANDUM AND RESPONSE |
| DARRICK BOROCZ | TO GOVERMENTS. RESPONSE. |
| Plaintiff | |

I hear-by, Darrick Borocz (Plaintiff) threw said-response comes to the said courts and respectfully state the fallowing:

1. The Plaintiffs uneddicated in Law, and is not able to properly address the issues that the Goverment is attempting to Deny the Plaintiff and no matter what the Goverment is alledging the Plaintiff under his sixth Amendment rights is intitled to effective assistance of Council. who should have argued these said arguements the Plaintiff has not only attempted, but is now bring it to the Courts attention. and should be intilted to an evidentiry hearing so the Courts may be able to hear the defendants, and the attorney statements, and arguements in a perfeshionals point of views.

2. The GOVERMENTS is stating the Plaintiffs basically not intitled to a franks hearing, evaluations under 18 USC. 4244., Levels of enhancements, search and-seizures, and other claims stated within said-2255. Application. and in reality Plaintiffs, attorneys should have argued this issues. and sence the plaintiff's not eddicated in Law - or was granted the priviliges to be able to press said issues.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS.

The Plaintiffs forced to argue the inclosed said issue - via in said 2255 application. The courts have long held that evidentry- -hearings are granted to thous who fall- under questionable issues, as in closed, and the question hear is what could it hurt to have an-attorney speak for the plaintiff within such a hearing, into the best of interest of justice.

### Applicable Law.

Under the sixth Amendment the Plaintiff is intitled to effective assistance of counsils, the right- -to Due Process. Of Law, A franks hearing the right to speak in there own behalfs, these issues dont lack merits for there under constitutional provisions. that should of been protected by councils, and should have attempted to be addressed threw plaintiffs court prodeedings. (via court hearings) counsils should have argued, and supressed evidences used against the said plaintiff - this infact violated Due process of rights, and falls under plain error.

### Conclusion

The plaintiffs intitled to Due process Of Law. and request sworn affidavitts from his attorneys (via court order) in order that the courts my hear from counsils. to why these issues were never addressed. into the best of interests of justice.

Respectfully,

DATE: MAY. 2, 2015

Sign: Darrick Boroczk
Plaintiff: DARRICK BOROCZK

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS.

## POINTS AND AUTHORITYS

1. Due Process also prhibits the Gov. from irrationally denying some non-fundamental rights see Hayden ex. rel, A.H. v. Greensburg C. mty, Sch. Corp. No 13-1757, 2014, US, App Lexis, 3426.

2. Franks V. Delaware, 438 US 154 98 S.Ct, 2674, 57 L.Ed, 2d. 667 (1978) defendant moved to suppress evidence, obtained pursuant to a search warrent, fourteenth amendment procedural due process guarentee, Jenett V. Anders, 521 F. 3d 818, 819 (7th Cir, 2008)

3. Sixth Amendment, 547 U.S. 1106 (2006) in any criminal case the accused is entitled to a trial by Jury - and the right to affective assistance of counsle.

4. Due process, also prhibits the Gov, from sentences that fall higher then normal guidelines or that are unreasonabley - or affectivelly insuring the deffendants not suffering from mental deseases, or deffects, under 18 USC 4244.

5. Appeals courts under plain errors fall under when the gov. failure to comply to federal rules of court, and the plaintiffs intitled to said Due process clauses - under constitutional - provishions -

6. Defendants Amended motions not untimely? because the gov, has on May 2, just sent the Response on 3/30/15 Document #13, and the said 2255 Application was filed in a timely matter, sent threw said U.S.- mail via institutional mail made made in good faith. into the best of interests

7. Petitioner amendes the same briefing arguements with the said courts regarding No. 09 CR 647.

8. Standards of review is abused of discretion. Gall V. United States 552 U.S. 38, 51 (2007)