# UNITED STATES DISTRICT COURT
for the
DISTRICT OF

U.S.C.A. — 7th Circuit
RECEIVED

SEP 25 2015    EF

GINO J. AGNELLO
CLERK

UNITED STATES OF AMERICA )
Plaintiff )
 )
 )
v. )
 )    Case No. 15-3026
 )
 )
ᴜ DARRICK C. BOROCZK )
Defendant )
 )
 )

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it.  Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: _____    Date: 9/21/2015

My issues on appeal are: I'm in federal custody & I have no family support, and I'm a poor man, and I'm not able to pay the court

1.    *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

3.   List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer N/A | Address N/A | Dates of employment N/A | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.   How much cash do you and your spouse have? $ NO MONey

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution N/A | Type of Account N/A | Amount you have N/A | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5.   List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 | |
|---|---|---|---|
| (Value) $ N/A | (Value) $ N/A | (Value) $ N/A | |
| NH | | Make and year: N/A | |
| | | Model: N/A | |
| | | Registration #: N/A | |

| | | |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ N/A | $ N/A |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $ | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
| Motor Vehicle: | $ N/A | $ N/A |
| Credit card (name): | $ | $ |
| Department store (name): | $ | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| **Total monthly expenses:** | **$** | **$** |

Date:     09/21/2015
Time:     05:49:29 PM

Location: TCN

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No: 41411424   Inmate Name: BOROCZK, DARRICK C          Available Balance: $0.09**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 02/28/2015 | TL0228 | TRUL Withdrawal | | -$2.00 |
| 02/27/2015 | 70177901 | Lockbox - CD | STEVENS | $100.00 |
| 02/18/2015 | 61 | Sales | | -$30.80 |
| 02/13/2015 | 718-C | Gift | | $30.00 |
| 02/09/2015 | 98 | Sales | | -$19.95 |
| 02/08/2015 | TL0208 | TRUL Withdrawal | | -$2.00 |
| 02/06/2015 | PIPP0115 | Payroll - IPP | | $22.44 |

Inmate #: 41411424

Date:   09/21/2015
Time:   05:48:55 PM

Location: TCN

## Federal Bureau of Prisons
### TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No: 41411424   Inmate Name: BOROCZK, DARRICK C**                    **Available Balance: $0.09**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 03/06/2015 | TL0306 | TRUL Withdrawal | | -$2.00 |
| 03/06/2015 | PFRP0315 | FRP Quarterly Pymt | | -$25.00 |
| 03/06/2015 | PIPP0215 | Payroll - IPP | | $23.80 |
| 03/02/2015 | 30 | Sales | | -$143.05 |
| 03/01/2015 | TL0301 | TRUL Withdrawal | | -$2.00 |
| 03/01/2015 | 70178002 | Lockbox - CD | LOHACK | $50.00 |

Inmate #: 41411424

Case: 15-3026    Document: 4-2    Filed: 09/28/2015    Pages: 10

Date:    09/21/2015
Time:    05:48:16 PM

Location: TCN

## Federal Bureau of Prisons
### TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No:** 41411424    **Inmate Name:** BOROCZK, DARRICK C    **Available Balance:** $0.09

| Date | Reference # | Transaction Type | Sender Last name | Amount |
| --- | --- | --- | --- | --- |
| 04/29/2015 | 55 | Sales | | -$7.75 |
| 04/29/2015 | TL0429 | TRUL Withdrawal | | -$5.00 |
| 04/29/2015 | TL0429 | TRUL Withdrawal | | -$5.00 |
| 04/29/2015 | 70182201 | Lockbox - CD | LOBACK | $50.00 |
| 04/13/2015 | 42 | Sales | | -$22.90 |
| 04/10/2015 | PIPP0315 | Payroll - IPP | | $13.80 |
| 04/09/2015 | TL0409 | TRUL Withdrawal | | -$2.00 |
| 04/08/2015 | 51 | Sales | | -$25.90 |
| 04/02/2015 | 50 | Sales | | -$38.15 |
| 04/02/2015 | TL0402 | TRUL Withdrawal | | -$5.00 |
| 04/02/2015 | 70180301 | Lockbox - CD | STEVENS | $80.00 |

Inmate #: 41411424

Date: 09/21/2015
Time: 05:47:41 PM

Location: TCN

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

| Inmate No: 41411424    Inmate Name: BOROCZK, DARRICK C | | | | Available Balance: $0.09 |
|---|---|---|---|---|
| **Date** | **Reference #** | **Transaction Type** | **Sender Last name** | **Amount** |
| 05/29/2015 | TL0529 | TRUL Withdrawal | | -$2.00 |
| 05/20/2015 | TL0520 | TRUL Withdrawal | | -$2.00 |
| 05/18/2015 | 18 | Sales | | -$32.70 |
| 05/13/2015 | TL0513 | TRUL Withdrawal | | -$2.00 |
| 05/12/2015 | TL0512 | TRUL Withdrawal | | -$2.00 |
| 05/11/2015 | 41 | Sales | | -$2.05 |
| 05/08/2015 | TL0508 | TRUL Withdrawal | | -$2.00 |
| 05/08/2015 | PIPP0415 | Payroll - IPP | | $16.80 |
| 05/06/2015 | TL0506 | TRUL Withdrawal | | -$2.00 |
| 05/04/2015 | TL0504 | TRUL Withdrawal | | -$2.00 |

Inmate #: 41411424

Date:     09/21/2015                                                                                          Location: TCN
Time:     05:46:42 PM

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No: 41411424   Inmate Name: BOROCZK, DARRICK C                    Available Balance: $0.09**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 06/16/2015 | 3951 | Bills | | -$50.00 |
| 06/16/2015 | 3951 | BP 199 Request - Released | | $50.00 |
| 06/11/2015 | TL0611 | TRUL Withdrawal | | -$2.00 |
| 06/11/2015 | TL0611 | TRUL Withdrawal | | $0.55 |
| 06/06/2015 | 3951 | BP 199 Request | | -$50.00 |
| 06/05/2015 | PFRP0615 | FRP Quarterly Pymt | | -$25.00 |
| 06/05/2015 | PIPP0515 | Payroll - IPP | | $19.20 |
| 06/04/2015 | 109 | Sales | | -$7.50 |
| 06/04/2015 | 108 | Sales | | -$75.75 |
| 06/02/2015 | TL0602 | TRUL Withdrawal | | -$10.00 |
| 06/02/2015 | 70184501 | Lockbox - CD | | $150.00 |

Inmate #: 41411424

Date:   09/21/2015                                                                  Location: TCN
Time:   05:45:58 PM

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

| Inmate No: 41411424 | Inmate Name: BOROCZK, DARRICK C | | Available Balance: $0.09 | |

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 07/12/2015 | TL0712 | TRUL Withdrawal | | -$2.00 |
| 07/12/2015 | TL0712 | TRUL Withdrawal | | $0.70 |
| 07/11/2015 | TL0711 | TRUL Withdrawal | | -$2.00 |
| 07/10/2015 | TL0710 | TRUL Withdrawal | | -$2.00 |
| 07/10/2015 | PIPP0615 | Payroll - IPP | | $5.25 |
| 07/09/2015 | 28 | Sales | | -$1.35 |
| 07/09/2015 | 27 | Sales | | $1.30 |
| 07/09/2015 | 24 | Sales | | -$45.91 |
| 07/09/2015 | TL0709 | TRUL Withdrawal | | -$2.00 |
| 07/07/2015 | TL0707 | TRUL Withdrawal | | -$2.00 |
| 07/07/2015 | 1647-C | Bills | | $50.00 |

Inmate #: 41411424

Date: 09/21/2015          Location: TCN
Time: 05:42:52 PM

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No:** 41411424    **Inmate Name:** BOROCZK, DARRICK C      **Available Balance:** $0.09

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 09/08/2015 | 97 | Sales | | -$9.70 |
| 09/08/2015 | TL0908 | TRUL Withdrawal | | -$5.00 |
| 09/04/2015 | PFRP0915 | FRP Quarterly Pymt | | -$25.00 |
| 09/04/2015 | PIPP0815 | Payroll - IPP | | $15.84 |
| 08/31/2015 | 28 | Sales | | -$26.95 |
| 08/24/2015 | 23 | Sales | | -$54.10 |
| 08/22/2015 | TL0822 | TRUL Withdrawal | | -$5.00 |
| 08/22/2015 | TL0822 | TRUL Withdrawal | | -$5.00 |
| 08/22/2015 | 70190401 | Lockbox - CD | LOBACK | $50.00 |

Inmate #: 41411424